UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

JILL L. MOORE,

        Plaintiff,

v.

ANDREW M. SAUL,
Commissioner of the Social Security
Administration,

        Defendant.

CAUSE NO. 4:19-CV-106 DRL-JEM

## ORDER

This matter is before the court on the findings and recommendation of Magistrate Judge John E. Martin filed on December 16, 2020 (ECF 18). The Magistrate Judge recommended that this court reverse and remand the decision of the Commissioner of the Social Security Administration in Ms. Moore's case because the ALJ did not properly analyze whether Ms. Moore's impairments met the requirements of Listing 1.04A (ECF 18 at 5-6). The court advised the Commissioner that he had fourteen days to file any objections, and that date has now passed. The Commissioner has not objected to the Magistrate Judge's findings and recommendation, so the court now ADOPTS the findings and recommendation in their entirety (ECF 18).

Accordingly, the court REMANDS the ALJ's decision for further consideration consistent with the report and recommendation now adopted.

SO ORDERED.

February 26, 2021

                                                        *s/ Damon R. Leichty*
                                                        Judge, United States District Court